IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANTONIO SERPA, | § | |
| | § | No. 286, 2020 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1106001209 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 20, 2020
Decided: November 19, 2020

## **ORDER**

It appears to the Court that, on October 6, 2020, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant, Antonio Serpa, to show cause why this appeal should not be dismissed for his failure to pay the Supreme Court filing fee or to file a motion to proceed *in forma pauperis*. Serpa received the notice to show cause on October 9, 2020, making a timely response due by October 19, 2020. To date, Serpa has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice